| AO-10 |
|---|
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Kornmann, Charles B | 2. Court or Organization  U.S. District Court, S.D. | 3. Date of Report  5/1/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge Active | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial   ● Annual   ◯ Final | 6. Reporting Period  1/1/2005  to  12/31/2005 |
| 7. Chambers or Office Address  102 4th Ave. SE, Suite 408  Aberdeen, SD 57402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   General partner | ███and Kornmann, a partnership |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1-1-97 | Articles of Partnership,███Kornmann |

RECEIVED 2005 MAY -8 P 12: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | George Mason University Law School | transportation (in part), meals and lodging for one week seminar in Key West, FL, $2305 |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kommann, Charles B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Common stock, Red Ribbon, Inc. | | None | K | W | | | | | |
| 2. Common stock ▬▬▬▬ | | None | J | W | | | | | |
| 3. 1/3 ownership, house | | None | J | W | | | | | |
| 4. farm land, SD | D | Rent | N | W | | | | | |
| 5. 43.84% interest, partner, ▬ Kommann | E | Distribution | N | W | | | | | |
| 6. 43.84% interest, partner, ▬ Kommann | E | Distribution | N | W | | | | | |
| 7. SD Retirement System; monthly benefits started 9-99 | D | Distribution | L | W | | | | | |
| 8. interest in Black Hills Eagle I partnership | C | Interest | J | U | | | | | |
| 9. Brandywine Fund shares | | None | L | T | | | | | |
| 10. Mutual Beacon Fund CL Z shares | B | Dividend | M | T | | | | | |
| 11. Mutual Discovery Fund shares | B | Dividend | M | T | | | | | |
| 12. Mutual European Fund shares | C | Dividend | M | T | | | | | |
| 13. Centennial Money Market Trust, IRA trust | A | Interest | J | T | | | | | |
| 14. Centennial Money Market Trust, IRA | A | Interest | J | T | | | | | |
| 15. Centennial Money Market Trust (AG Edwards & Sons, Inc.) | A | Interest | K | T | | | | | |
| 16. Oarkmark Select shares | A | Dividend | L | T | | | | | |
| 17. Masters Select Equity Fund shares | | None | L | T | | | | | |
| 18. Washington Mutual Investors Fund shares A (IRA) | A | Dividend | | | IRA rollover | 10-31 | L | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Washington Mutual Investors Fund shares A (IRA) | A | Dividend | | | IRA rollover | 11-1 | K | | |
| 20. Growth Fund of America shares (IRA) | A | Dividend | | | IRA rollover | 10-31 | K | | |
| 21. Growth Fund of America shares (IRA) | A | Dividend | | | IRA rollover | 11-1 | K | | |
| 22. EuroPacific Growth Fund SBI shares (IRA) | A | Dividend | | | IRA rollover | 10-31 | K | | |
| 23. EuroPacific Growth Fund SBI shares (IRA) | A | Dividend | | | IRA rollover | 11-1 | J | | |
| 24. New Perspective Fund shares (IRA) | A | Dividend | | | IRA rollover | 10-31 | K | | |
| 25. New Perspective Fund shares (IRA) | A | Dividend | | | IRA rollover | 11-1 | K | | |
| 26. The Investment Co. of America shares | A | Distribution | K | T | | | | | |
| 27. Norwest Asset Secs. Corp ▓ 7.125% 8-25-29 mtg.passthru | | None | | | | | | | |
| 28. Vanguard 500 Index Fund ▓ Kornmann) | B | Dividend | L | T | | | | | |
| 29. Ford Money Market Acc't. | A | Interest | | | Redeemed | 6-30 | J | | |
| 30. Vanguard GNMA Fund ▓ Kornmann) | B | Dividend | K | T | | | | | |
| 31. Vanguard REIT Fund ▓ & Kornmann) | B | Dividend | L | T | | | | | |
| 32. Ford Money Market Acc't ▓ & Kornmann) | B | Interest | | | Redeemed | 6-30 | K | | |
| 33. Due on notes from family members to ▓ & Kornmann | B | Interest | K | U | | | | | |
| 34. Thornburg Mortgage, Inc. shares ▓ & Kornmann) | C | Interest | K | T | | | | | |
| 35. Eaton Vance Tax Managed BuyWrite Fund ▓ /Kommann) | A | Interest | J | T | Buy | 4-26 | J | | |
| 36. Interlocken Met Dist. Co. 0% ▓ & Kornmann) | | None | K | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000

3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
(See Column C2)    U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Centennial Money Market Trust, ██ & Kornmann) | A | Interest | J | T | | | | | |
| 38. First Tr Value Line Divid FD ██ & Kornmann) | B | Dividend | K | T | | | | | |
| 39. Foreign condo investment ██ & Kornmann) | D | Distribution | M | W | | | | | |
| 40. Eaton Vance Tax Managed Buy Write Fund SB1 | A | Dividend | J | T | Buy | 4-26 | J | | |
| 41. Eaton Vance Tax Global Buy Write Fund ██(Kornmann) | A | Dividend | K | T | Buy | 9-27 | K | | |
| 42. AG Edwards Managed IRA account (from rollovers) | | None | M | T | Buy | 10-31 | M | | |
| 43. AG Edwards Managed IRA account (from rollovers) | | None | L | T | Buy | 11-1 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kornmann, Charles B | 5/1/2006 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.  INVESTMENTS AND TRUSTS (Cont'd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana.  It is a Subchapter S corporation and the income and losses are passed through to the stockholders.  There have been no distributions and the land continues to produce no income.

Line 2, ██████████████████████████████████████ The stock has very limited value because of low income and the short rental period left (year to year).  There have been no distributions at any time.

Line 3, this house was occupied as a homestead by the ████ of the reporting party's ███████████ died in 2005.  ██████ of the reporting party now owns an undivided one third interest in this house and the owners are attempting to sell it.  There has been no income at any time.

Line 4, this farm land is leased on a cash rent basis.

Lines 5 and 6, ████ and Kornmann is a general partnership that owns two apartment houses.  Liquid investments held by the partnership and the income therefrom have been reported in Part VII.

Line 27, Norwest Asset Secs. Corp. is reported again although the asset was redeemed by the issuer of the bond on 4-26-03.  I erroneously did not report the redemption of the bond in my 2003 report.  I reported the income correctly in 2003.  I erroneously listed the bond in 2004 and showed income from the bond although there was none.  Obviously, there has been no income from the bond since 2003.  There was no gain in 2003.  The bond was simply paid at face value and had a face value of between $15,001 and $50,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date  5- 1 - 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544